IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THE CHARLES MACHINE WORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERMEER MANUFACTURING COMPANY, <br><br> Defendant. | No. 4:11-cv-00507-CRW-CFB <br><br> **JUDGMENT IN A CIVIL CASE** |

This action came before the Court. The issues have been considered, and a decision has been rendered, granting summary judgment of non-infringement in favor of Vermeer Manufacturing Company.

IT IS ORDERED AND ADJUDGED:

Judgment is entered in favor of Defendant Vermeer Manufacturing Company and against Plaintiff The Charles Machine Works, Inc. Taxable costs are assessed against the Plaintiff.

Date: June 26, 2012

CLERK, U.S. DISTRICT COURT
By: /s/ G.Kampling